UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO RUBIO,<br><br>        Plaintiff,<br><br>    v.<br><br>T K NOODLE, INC., et al.,<br><br>        Defendants. | Case No.17-cv-01122-SVK<br><br>**ORDER TO SHOW CASE RE SETTLEMENT**<br><br>Re: Dkt. No. 19 |

The Court has been advised that this case has settled. ECF 19. All previously-scheduled deadlines and appearances are vacated.

By **October 30, 2017**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **November 7, 2017 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **October 31, 2017**, advising as to (1) the status of the parties' efforts to finalize settlement, and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: October 4, 2017

*Susan van Keulen*
_____
SUSAN VAN KEULEN
United States Magistrate Judge